NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: SIMON NICHOLAS RICHMOND,**
*Appellant*

---

2022-2251

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 90/014,306.

---

## JUDGMENT

---

THEODORE FREDERICK SHIELLS, Shiells Law Firm PC, Dallas, TX, argued for appellant.

MAI-TRANG DUC DANG, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Katherine K. Vidal.  Also represented by OMAR FAROOQ AMIN, AMY J. NELSON, FARHEENA YASMEEN RASHEED.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, TARANTO, and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 10, 2024
Date

Jarrett B. Perlow
Clerk of Court